EXHIBIT "A"

Filing # 10489445 Electronically Filed 02/20/2014 11:13:30 AM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA

SONIA GULINO,

       Plaintiff,                                   Case No. 14-CA-1453

vs.

SUSAN JACKSON, THE VANGUARD
GROUP INC., TD AMERITRADE, INC.
and JPMORGAN CHASE & CO.,

       Defendants.

## NOTICE OF APPEARANCE AND
## DESIGNATION OF ELECTRONIC MAIL ADDRESSES

Benjamin M. Katz, Esq., of the law firm BURR & FORMAN, LLP, enter their

appearance in the above captioned matter as counsel of record for Defendant, The Vanguard

Group, Inc.  Please forward copies of all future pleadings and correspondence to:

Benjamin M. Katz, Esq.
Burr & Forman LLP
450 E. Las Olas Boulevard, Suite 700
Fort Lauderdale, Florida  33301

20446658 v1

Pursuant to Florida Rule of Civil Procedure 1.080 and Florida Rules of Judicial Administration 2.515 and 2.516, the foregoing counsel also hereby designate their primary and secondary electronic mail addresses for this matter:

1.    Benjamin M. Katz, Esq.
      FLService@burr.com (Primary)
      bkatz@burr.com (Secondary
      lmcneil@burr.com (Secondary)

Respectfully submitted this 20th day of February, 2014.

                              /s Benjamin M. Katz
                              **Benjamin M. Katz (FL Bar 100930)**
                              BURR & FORMAN LLP
                              450 E. Las Olas Boulevard, Suite 700
                              Fort Lauderdale, FL 33301
                              Telephone: (954) 414-6200
                              Facsimile: (954) 414-6201
                              Email: flservice@burr.com
                              Email: lmcneil@burr.com
                              Email: bkatz@burr.com

                              *Counsel for Defendant, The Vanguard Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same by e-mail and/or U.S. Mail on this the 20th day of February, 2014:

Daniel A. McGowan
515 E. Las Olas Blvd.
Fort Lauderdale, Florida 33301
Service Email: legal-service@athomaslaw.com
*Counsel for Plaintiff Sonia Gulino*

J.P. Morgan Chase & Co.
C T Corporation System
1200 South Pine Island Road
Plantation, Florida 33324

TD Ameritrade, Inc.
Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301

*/s/ Benjamin M. Katz*
Benjamin M. Katz (FL Bar 100930)
**BURR & FORMAN LLP**

20446658 v1

3

Filing # 10588986 Electronically Filed 02/24/2014 10:00:30 AM

## RETURN OF SERVICE

State of FLORIDA                    County of HILLSBOROUGH                    Circuit Court

Case Number: 14-001453 H

Plaintiff:
**SONIA GULINO**

vs.

Defendant:
**SUSAN JACKSON, ET. AL.,**

For:
Dan McGowan
ADRIAN PHILIP THOMAS, PA.
515 East Las Olas Boulevard
Suite 1050
Ft Lauderdale, FL 33301

Received by OJF Services, Inc. on the 12th day of February, 2014 at 1:16 pm to be served on **TD AMERITRADE, INC. C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301.**

I, Christopher Compton, do hereby affirm that on the 13th day of February, 2014 at 12:00 pm, I:

SERVED the within named corporation by delivering a true copy of the  SUMMONS AND COMPLAINT with the date and hour of service endorsed thereon by me to: BRANDI COY as employee of the Registered Agent (Company) for TD AMERITRADE, INC. at 1201 HAYS STREET, TALLAHASSEE, FL 32301 and informed said person of the contents therein, pursuant to F.S. 48.081(3) and 48.091

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true.  Notary not required pursuant to FL Statute 92.525 Sec (2).

Christopher Compton
Certified Process Server # 101

OJF Services, Inc.
13727 S.W. 152nd Street
Pmb 364
Miami, FL 33177
(786) 293-5750
Our Job Serial Number: OJF-2014001897

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 10589465 Electronically Filed 02/24/2014 10:06:19 AM

# RETURN OF SERVICE

State of FLORIDA                County of HILLSBOROUGH                Circuit Court

Case Number: 14-001453 H

Plaintiff:
**SONIA GULINO**
vs.
Defendant:
**SUSAN JACKSON, ET. AL.,**

For:
Dan McGowan
ADRIAN PHILIP THOMAS, PA.
515 East Las Olas Boulevard
Suite 1050
Ft Lauderdale, FL  33301

Received by OJF Services, Inc. on the 12th day of February, 2014 at 1:16 pm to be served on **THE VANGUARD GROUP, INC. C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301.**

I, Christopher Compton, do hereby affirm that on the **13th day of February, 2014 at 12:00 pm, I:**

SERVED the within named corporation by delivering a true copy of the  SUMMONS AND COMPLAINT with the date and hour of service endorsed thereon by me to: BRANDI COY as employee of the Registered Agent (Company) for THE VANGUARD GROUP, INC. at 1201 HAYS STREET, TALLAHASSEE, FL 32301 and informed said person of the contents therein, pursuant to F.S. 48.081(3) and 48.091

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true.  Notary not required pursuant to FL Statute 92.525 Sec (2).

Christopher Compton
Certified Process Server # 101

OJF Services, Inc.
13727 S.W. 152nd Street
Pmb 354
Miami, FL 33177
(786) 293-5750
Our Job Serial Number: OJF-2014001899

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 10588596 Electronically Filed 02/24/2014 09:55:24 AM

# RETURN OF SERVICE

State of FLORIDA                County of HILLSBOROUGH                Circuit Court

Case Number: 14-001453 H

Plaintiff:
**SONIA GULINO**

vs.

Defendant:
**SUSAN JACKSON, ET. AL.,**

For:
Dan McGowan
ADRIAN PHILIP THOMAS, PA.
515 East Las Olas Boulevard
Suite 1050
Ft Lauderdale, FL 33301

Received by OJF Services, Inc. on the 12th day of February, 2014 at 1:16 pm to be served on JPMORGAN CHASE & CO. C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301.

I, Christopher Compton, do hereby affirm that on the **13th day of February, 2014** at **12:00 pm, I:**

SERVED the within named corporation by delivering a true copy of the SUMMONS AND COMPLAINT with the date and hour of service endorsed thereon by me to: BRANDI COY as employee of the Registered Agent (Company) for JPMORGAN CHASE & CO. at 1201 HAYS STREET, TALLAHASSEE, FL 32301 and informed said person of the contents therein, pursuant to F.S. 48.081(3) and 48.091

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true.  Notary not required pursuant to FL Statute 92.525 Sec (2).

Christopher Compton
Certified Process Server # 101

OJF Services, Inc.
13727 S.W. 152nd Street
Pmb 354
Miami, FL 33177
(786) 293-5750
Our Job Serial Number: OJF-2014001898

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



Filing #10742894 Electronically Filed # **RETURN OF SERVICE**

**State of FLORIDA**                    **County of HILLSBOROUGH**                    **Circuit Court**

Case Number: 14-001453 H

Plaintiff:
**SONIA GULINO**

vs.

Defendant:
**SUSAN JACKSON, ET. AL.,**

For:
Dan McGowan
ADRIAN PHILIP THOMAS, PA.
515 East Las Olas Boulevard
Suite 1050
Ft Lauderdale, FL 33301

Received by OJF SERVICES, INC. on the 16th day of February, 2014 at 11:29 am to be served on **AMERICAN AIRLINES, INC., 1200 SOUTH PINE ISLAND RD, PLANTATION, FL 33324.**

I, FELIX ONATE, do hereby affirm that on the 17th day of February, 2014 at 10:05 am, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH EMPLOYEE OF CT CORPORAION SYSTEM as Registered Agent** At the address of: **1200 SOUTH PINE ISLAND RD, PLANTATION, FL 33324 for AMERICAN AIRLINES, INC.,** and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. *UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**FELIX ONATE**
SPS #473

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750
Our Job Serial Number: OJF-2014002219

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5o

Filing # 10752734 Electronically Filed 02/27/2014 10:50:17 AM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA

SONIA GULINO,

      Plaintiff,                              Case No. 14-CA-1453

vs.

SUSAN JACKSON, THE VANGUARD
GROUP INC., TD AMERITRADE, INC.
and JPMORGAN CHASE & CO.,

      Defendants.

## JOINT STIPULATION STAYING PLAINTIFF'S CLAIMS AGAINST THE VANGUARD GROUP INC.

**COME NOW** Plaintiff, Sonia Gulino ("Plaintiff"), and Defendant, The Vanguard Group,

Inc. ("Vanguard"), subject to further order of the Court upon its determination of the underlying

dispute as between Plaintiff and the Defendant Susan Jackson, hereby files this Joint Stipulation

Staying Plaintiff's Claims Against The Vanguard Group, Inc.

**WHEREFORE,** Plaintiff and Vanguard respectfully request that this Court stay all

future proceedings against Vanguard.

4 26946630 v2

Respectfully submitted,

/s Daniel A. McGowan
**Daniel A. McGowan (FL Bar 94482)**
515 E. Las Olas Blvd.
Fort Lauderdale, Florida 33301
Telephone: (954) 764-7273
Facsimile: (954) 764-7274
Service Email: legal-service@athomaslaw.com

*Counsel for Plaintiff Sonia Gulino*

/s Benjamin M. Katz
**Benjamin M. Katz (FL Bar 100930)**
BURR & FORMAN LLP
450 E. Las Olas Boulevard, Suite 700
Fort Lauderdale, FL 33301
Telephone: (954) 414-6200
Facsimile: (954) 414-6201
Email: flservice@burr.com
Email: bkatz@burr.com
        lmcneil@burr.com

*Counsel for Defendant The Vanguard Group, Inc.*

20446640 v2

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February 2014, a copy of the foregoing was served by electronic mail to:

Daniel A. McGowan
515 E. Las Olas Blvd.
Fort Lauderdale, Florida 33301
Service Email: legal-service@athomaslaw.com
*Counsel for Plaintiff Sonia Gulino*

J.P. Morgan Chase & Co. c/o Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301

TD Ameritrade, Inc. c/o Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301

*/s Benjamin M. Katz*
Of Counsel

20446640 v2

Filing # 10197606 Electronically Filed 02/12/2014 01:46:32 PM

IN THE CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

SONIA GULINO,                                          CASE NO.: 14-CA-1453
                                                       CIVIL DIVISION
            Plaintiff,

v.

SUSAN JACKSON, THE VANGUARD
GROUP, INC., TD AMERITRADE, INC.,
and JPMORGAN CHASE & CO.,

            Defendants.
_____/

SUMMONS:
PERSONAL SERVICE ON
A COMPANY

THE STATE OF FLORIDA

        TO EACH SHERIFF OF THE STATE:  You are commanded to serve this Summons and a
copy of the Complaint in this lawsuit on the Defendant named below

**American Airlines, Inc.**
**Registered Agent: CT Corporation System**
**1200 S. Pine Island Road**
**Plantation, FL 33324**

IMPORTANT

        A Lawsuit has been filed against you.  EACH DEFENDANT is required to serve written
defenses to the Complaint on Daniel A. McGowan Esquire, Adrian Philip Thomas, PA, SunTrust
Center Suite 1050, 515 East Las Olas Boulevard, Ft. Lauderdale, FL 33301.  You have 20 calendar
days after this summons is served on you to file a written response to the attached complaint with
the clerk of this court.  A phone call will not protect you.  Your written response, including the case
number given above and the names of the parties, must be filed if you want the court to hear your
side of the case.  If you do not file your response on time, you may lose the case, and your wages,
money, and property may thereafter be taken without further warning from the court.  There are
other legal requirements.  You may want to call an attorney right away.  If you do not know an
attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

        If you choose to file a written response yourself, at the same time you file your written
response to the court you must also mail or take a copy of your written response to the "Plaintiff"
named below.

DATED this _____13_____ day of _____FEB_____ 2014.

As Clerk of the Court

By _____Anne Carney_____
As Deputy Clerk

ADRIAN PHILIP THOMAS, P.A.
Attorneys for Plaintiff
SunTrust Center, Suite 1050
515 E. Las Olas Blvd.
Ft. Lauderdale, FL 33301
(954) 764-7273 – Telephone
(954) 764-7274 - Facsimile

By: _____ #70124
    For Daniel A. McGowan, Esquire
         FBN: 94482

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you to the provision of certain assistance. Within two (2) working days of your receipt of this Notice of Hearing, please contact the ADA Coordinator at Administrative Office of the Court, 800 E. Twiggs St., Tampa, FL 33602 Phone: 813-272-6513, Option 2 e-mail: ADA@fljud13.org Hearing Impaired, please call 1-800-955-8771. Voice Impaired, please call 1-800-955-8770.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesada. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

SONIA GULINO,

      Plaintiff,

                                        CASE NO.: 14-CA-1453

v.                                          CIVIL DIVISION:

SUSAN JACKSON, THE VANGUARD
GROUP, INC., TD AMERITRADE, INC.,
and AMERICAN AIRLINES,

      Defendants.

_____/

## AMENDED COMPLAINT

Plaintiff, SONIA GULINO, by and through her undersigned counsel, hereby files

this action for declaratory relief and in support thereof states as follows:

1.      This is a dispute for an amount in controversy that exceeds $15,000.0

2.      This is an action concerning the rights, status and other equitable and

other legal relations regarding the existence or non-existence of any immunity, power,

privilege, or right of the interests of the Plaintiff and the proceeds from certain accounts

involving the proceeds from assets held by certain financial institutions, pursuant to

Fla. Stat. § 86.011, *et seq.*

THE LAW OFFICES OF
ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com

3.      In particular, this action relates to certain accounts that were maintained by Robert Grote ("the Decedent") for the benefit of Plaintiff Sonia Gulino.

4.      Plaintiff is *sui juris* and is a resident of the Commonwealth of Pennsylvania.

5.      The Decedent died January 27, 2013.

6.      Defendant American Airlines is a for profit corporation doing business in the State of Florida.   At all times relevant hereto, American Airlines maintained an account titled in the name of the Decedent with Plaintiff named as a death beneficiary.

7.      Defendant TD Ameritrade is a for profit corporation doing business in the State of Florida.   At all times relevant hereto, TD Ameritrade maintained an account titled in the name of the Decedent with Plaintiff named as a death beneficiary.

8.      Defendant Vanguard is a for profit corporation doing business in the State of Florida.   At all times relevant hereto, Vanguard maintained an account titled in the name of the Decedent with Plaintiff named as a death beneficiary.

9.      Defendant Susan Jackson is *sui juris* and a resident of the State of Florida, County of Hillsborough.

10.      Upon information and belief, Decedent committed suicide.

11.      Upon information and belief, at or around the time of Decedent's death, the beneficiary designation on the account maintained at American Airliens was changed from 90% to Plaintiff and 10% to Defendant Jackson, to 10% to Plaintiff and 90% to Defendant Jackson.

THE LAW OFFICES OF
ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com

12.    Upon information and belief, on January 16, 2013, the beneficiary designation on the account maintained by TD Ameritrade was changed form 60% to Plaintiff and 40% to Defendant Jackson to 100% to Defendant Jackson.

13.    Upon information and belief, on January 10, 2013, the beneficiary designation on the account maintained by Vanguard was changed from 100% to Plaintiff to 100% to Defendant Jackson.

14.    This Honorable Court has subject matter jurisdiction pursuant to Fla.Stat. §§26.012, 86.011, and 86.101.

15.    Venue is proper in Hillsborough County, Florida because, among other things, Susan Jackson is a resident of Hillsborough County, Florida and also because each of the Defendants holding the accounts that are the subject of this action have subjected themselves to the jurisdiction of the Courts of this State pursuant to Fla.Stat. §48.193.

16.    Upon information and belief, the Decedent died as a result of a suicide and any beneficiary designation changing the directions that were made at or around the time of his death are invalid.

17.    Plaintiff has a judiciable question as to rights to the proceeds of the accounts identified above and held by Defendants and the validity of the purported changes to the beneficiary designations for each of the accounts maintained by each of the corporate defendants identified above.

18.    There is a bone fide actual present need for a judicial declaration of the

THE LAW OFFICES OF
ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com

appropriate beneficiary designations and the validity of the changes to the beneficiary designations that were made at or around the time of the Decedent's death.

19.     Plaintiff has retained the law offices of Adrian Philip Thomas, PA, and has agreed to pay a reasonable attorneys' fees for its services.

20..    Plaintiff is entitled to her attorneys' fees and costs pursuant to Fla.Stat. §86.081 and all applicable statutory and Florida decisional law.

21.     Plaintiff is entitled to a jury trial concerning the determination of issues of fact pursuant to Fla.Stat. §86.071.

WHEREFORE, Plaintiff demands a trial by jury and requests that this Court enter an Order as follows:

A. That this Court adjudge the validity of any changes made to any beneficiary designations made at or around the time of the Decedent's death concerning the accounts held by Vanguard, TD Ameritrade, and American Airlines;

B. That the Court order no distributions be paid out or interest transferred from any of these accounts until a final non-appealable judgment is entered or the parties enter into a binding Settlement Agreement;

C. That this Court order that all assets, holdings, interests, and property in the accounts held by Vanguard, TD Ameritrade, and American Airlines attributable to Decedent be frozen until a final non-appealable judgment is entered or the parties enter into a binding Settlement Agreement;

D. That this Court grant such other and further relief as is proper, including the

THE LAW OFFICES OF
ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com

payment of costs and attorneys' fees to Plaintiff's counsel.


Respectfully submitted,

ADRIAN PHILIP THOMAS, PA
Counsel for Plaintiff
SunTrust Center, Suite 1050
515 E. Las Olas Blvd.
Ft. Lauderdale, FL 33301
(954) 764-7273 – Telephone
(954) 764-7274 – Facsimile

Legal Service:     Legal-Service@athomaslaw.com

By: _____

Daniel A. McGowan, Esquire
FBN: 94482

Filing # 9891177 Electronically Filed 02/04/2014 03:41:38 PM

IN THE CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

SONIA GULINO,

          Plaintiff,

v.

SUSAN JACKSON, THE VANGUARD
GROUP, INC., TD AMERITRADE, INC.,
and JPMORGAN CHASE & CO.,

          Defendants.

_____/

CASE NO.:
CIVIL DIVISION

## REQUEST FOR DIVISION ASSIGNMENT

This is a request based on local Administrative Order(s) for the Clerk of the Court to assign the above styled case in the:

- ☑ Tampa Division
- ☐ East Division
- ☐ Prior Division (Please indicate Case Number and Division of previously filed action: _____)

I understand that the actual division assignment will be in accordance with the Hillsborough County Administrative Orders. If there is no supported request for specific division assignment, this action will be assigned a division based on a random and equitable distribution system.

Name of Attorney: Daniel A. McGowan

Address: Adrian Philip Thomas, P.A.
SunTrust Center, Suite 1050
515 E. Las Olas Boulevard
Ft. Lauderdale, FL 33301

Phone Number: 954-764-7273

Email Address(es): dmcgowan@athomaslaw.com

THE LAW OFFICES OF
## ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com

Filing # 9891177 Electronically Filed 02/04/2014 03:41:38 PM

## IN THE CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

SONIA GULINO,

      Plaintiff,

                                     CASE NO.:
v.                                     CIVIL DIVISION:

SUSAN JACKSON, THE VANGUARD
GROUP, INC., TD AMERITRADE, INC.,
and JPMORGAN CHASE & CO.,

      Defendants.

_____/

## COMPLAINT

    Plaintiff, SONIA GULINO, by and through her undersigned counsel, hereby files this action for declaratory relief and in support thereof states as follows:

    1.    This is a dispute for an amount in controversy that exceeds $15,000.0

    2.    This is an action concerning the rights, status and other equitable and other legal relations regarding the existence or non-existence of any immunity, power, privilege, or right of the interests of the Plaintiff and the proceeds from certain accounts involving the proceeds from assets held by certain financial institutions, pursuant to Fla. Stat. § 86.011, *et seq.*

    3.    In particular, this action relates to certain accounts that were maintained by Robert Grote ("the Decedent") for the benefit of Plaintiff Sonia Gulino.

THE LAW OFFICES OF
## ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com

02/04/2014 3:41 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 1

4.    Plaintiff is *sui juris* and is a resident of the Commonwealth of Pennsylvania.

5.    The Decedent died January 27, 2013.

6.    Defendant J.P. Morgan Chase & Company (J.P. Morgan) is a for profit corporation doing business in the State of Florida. At all times relevant hereto, J.P. Morgan maintained an account titled in the name of the Decedent with Plaintiff named as a death beneficiary.

7.    Defendant TD Ameritrade is a for profit corporation doing business in the State of Florida. At all times relevant hereto, TD Ameritrade maintained an account titled in the name of the Decedent with Plaintiff named as a death beneficiary.

8.    Defendant Vanguard is a for profit corporation doing business in the State of Florida. At all times relevant hereto, Vanguard maintained an account titled in the name of the Decedent with Plaintiff named as a death beneficiary.

9.    Defendant Susan Jackson is *sui juris* and a resident of the State of Florida, County of Hillsborough.

10.    Upon information and belief, Decedent committed suicide.

11.    Upon information and belief, at or around the time of Decedent's death, the beneficiary designation on the account maintained at J.P. Morgan was changed from 90% to Plaintiff and 10% to Defendant Jackson, to 10% to Plaintiff and 90% to Defendant Jackson.

12.    Upon information and belief, on January 16, 2013, the beneficiary

THE LAW OFFICES OF
ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com
02/04/2014 3:41 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 2

designation on the account maintained by TD Ameritrade was changed form 60% to Plaintiff and 40% to Defendant Jackson to 100% to Defendant Jackson.

13.     Upon information and belief, on January 10, 2013, the beneficiary designation on the account maintained by Vanguard was changed from 100% to Plaintiff to 100% to Defendant Jackson.

14.     This Honorable Court has subject matter jurisdiction pursuant to Fla.Stat. §§26.012, 86.011, and 86.101.

15.     Venue is proper in Hillsborough County, Florida because, among other things, Susan Jackson is a resident of Hillsborough County, Florida and also because each of the Defendants holding the accounts that are the subject of this action have subjected themselves to the jurisdiction of the Courts of this State pursuant to Fla.Stat. §48.193.

16.     Upon information and belief, the Decedent died as a result of a suicide and any beneficiary designation changing the directions that were made at or around the time of his death are invalid.

17.     Plaintiff has a judiciable question as to rights to the proceeds of the accounts identified above and held by Defendants and the validity of the purported changes to the beneficiary designations for each of the accounts maintained by each of the corporate defendants identified above.

18.     There is a bone fide actual present need for a judicial declaration of the appropriate beneficiary designations and the validity of the changes to the beneficiary

THE LAW OFFICES OF
ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com
02/04/2014 3:41 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 3

designations that were made at or around the time of the Decedent's death.

19.     Plaintiff has retained the law offices of Adrian Philip Thomas, PA, and has agreed to pay a reasonable attorneys' fees for its services.

20.     Plaintiff is entitled to her attorneys' fees and costs pursuant to Fla.Stat. §86.081 and all applicable statutory and Florida decisional law.

21.     Plaintiff is entitled to a jury trial concerning the determination of issues of fact pursuant to Fla.Stat. §86.071.

WHEREFORE, Plaintiff demands a trial by jury and requests that this Court enter an Order as follows:

A. That this Court adjudge the validity of any changes made to any beneficiary designations made at or around the time of the Decedent's death concerning the accounts held by Vanguard, TD Ameritrade, and JPMorgan;

B. That the Court order no distributions be paid out or interest transferred from any of these accounts until a final non-appealable judgment is entered or the parties enter into a binding Settlement Agreement;

C. That this Court order that all assets, holdings, interests, and property in the accounts held by Vanguard, TD Ameritrade, and JPMorgan attributable to Decedent be frozen until a final non-appealable judgment is entered or the parties enter into a binding Settlement Agreement;

D. That this Court grant such other and further relief as is proper, including the payment of costs and attorneys' fees to Plaintiff's counsel.

THE LAW OFFICES OF
ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com
02/04/2014 3:41 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 4

Respectfully submitted,

ADRIAN PHILIP THOMAS, PA
Counsel for Plaintiff
SunTrust Center, Suite 1050
515 E. Las Olas Blvd.
Ft. Lauderdale, FL 33301
(954) 764-7273 – Telephone
(954) 764-7274 – Facsimile

Legal Service:     Legal-Service@athomaslaw.com

By: _____

Daniel A. McGowan, Esquire
FBN: 94482

THE LAW OFFICES OF
ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com
02/04/2014 3:41 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 5

## <u>VERIFICATION</u>

Under penalties of perjury, I declare that I have read the foregoing Complaint

and the facts stated in it are true to the best of my knowledge.


_Sonia Gulino_
Sonia Gulino

Filing # 9891177 Electronically Filed 02/04/2014 03:41:38 PM

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statues section 25.075.

## I.   CASE STYLE

IN THE CIRCUIT COURT OF  THIRTEENTH   THE   JUDICIAL CIRCUIT,
IN AND FOR  HILLSBOROUGH    COUNTY, FLORIDA

Case No.:_____
Judge: _____

Sonia Gulino
Plaintiff
        vs.
Susan Jackson, TD AmeriTrade, The Vanguard Group, Inc., JPMorgan Chase & Co.
Defendant

## II.   TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
  - ☐ Other real property actions $0 - $50,000

- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

III.    **REMEDIES SOUGHT** (check all that apply):
      ☐   Monetary;
      ☐   Non-monetary
      ☒   Non-monetary declaratory or injunctive relief;
      ☐   Punitive

IV.    **NUMBER OF CAUSES OF ACTION: (     )**
    (Specify)

    <u>1</u>

V.     **IS THIS CASE A CLASS ACTION LAWSUIT?**
      ☐   Yes
      ☒   No

VI.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
      ☒   No
      ☐   Yes – If "yes" list all related cases by name, case number and court:

VII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
      ☒   Yes
      ☐   No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Daniel A Mcgowan</u>                                    FL Bar No.:  <u>94482</u>
      Attorney or party                                                         (Bar number, if attorney)

    <u>Daniel A Mcgowan</u>                                           <u>02/04/2014</u>
      (Type or print name)                                                       Date

Filing # 10197606 Electronically Filed 02/12/2014 01:46:32 PM

IN THE CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

SONIA GULINO,                                      CASE NO.: 14-CA-1453
                                                   CIVIL DIVISION
        Plaintiff,

v.

SUSAN JACKSON, THE VANGUARD
GROUP, INC., TD AMERITRADE, INC.,
and JPMORGAN CHASE & CO.,

        Defendants.

_____/

SUMMONS:
PERSONAL SERVICE ON
A COMPANY

THE STATE OF FLORIDA

       TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a
copy of the Complaint in this lawsuit on the Defendant named below

**American Airlines, Inc.**
**Registered Agent: CT Corporation System**
**1200 S. Pine Island Road**
**Plantation, FL 33324**

IMPORTANT

       A Lawsuit has been filed against you. EACH DEFENDANT is required to serve written
defenses to the Complaint on Daniel A. McGowan Esquire, Adrian Philip Thomas, PA, SunTrust
Center Suite 1050, 515 East Las Olas Boulevard, Ft. Lauderdale, FL 33301. You have 20 calendar
days after this summons is served on you to file a written response to the attached complaint with
the clerk of this court. A phone call will not protect you. Your written response, including the case
number given above and the names of the parties, must be filed if you want the court to hear your
side of the case. If you do not file your response on time, you may lose the case, and your wages,
money, and property may thereafter be taken without further warning from the court. There are
other legal requirements. You may want to call an attorney right away. If you do not know an
attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

       If you choose to file a written response yourself, at the same time you file your written
response to the court you must also mail or take a copy of your written response to the "Plaintiff"
named below.

DATED this ___13___ day of ___FEB___ , 2014.

As Clerk of the Court

By _Anne Cannas_
As Deputy Clerk

ADRIAN PHILIP THOMAS, P.A.
Attorneys for Plaintiff
SunTrust Center, Suite 1050
515 E. Las Olas Blvd.
Ft. Lauderdale, FL 33301
(954) 764-7213 – Telephone
(954) 764-7274 - Facsimile

By: _____ #70124
  For Daniel A. McGowan, Esquire
    FBN: 94482

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you to the provision of certain assistance. Within two (2) working days of your receipt of this Notice of Hearing, please contact the ADA Coordinator at Administrative Office of the Court, 800 E. Twiggs St., Tampa, FL 33602 Phone: 813-272-6513, Option 2 e-mail: ADA@fljud13.org Hearing Impaired, please call 1-800-955-8771. Voice Impaired, please call 1-800-955-8770.