IN THE CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

SONIA GULINO,

    Plaintiff,

v.

CASE NO.: 14-CA-1453
CIVIL DIVISION:

SUSAN JACKSON, THE VANGUARD
GROUP, INC., TD AMERITRADE, INC.,
and AMERICAN AIRLINES,

    Defendants.
_____/

## AMENDED COMPLAINT

Plaintiff, SONIA GULINO, by and through her undersigned counsel, hereby files this action for declaratory relief and in support thereof states as follows:

1. This is a dispute for an amount in controversy that exceeds $15,000.0

2. This is an action concerning the rights, status and other equitable and other legal relations regarding the existence or non-existence of any immunity, power, privilege, or right of the interests of the Plaintiff and the proceeds from certain accounts involving the proceeds from assets held by certain financial institutions, pursuant to Fla. Stat. § 86.011, *et seq.*

THE LAW OFFICES OF
ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com

3. In particular, this action relates to certain accounts that were maintained by Robert Grote ("the Decedent") for the benefit of Plaintiff Sonia Gulino.

4. Plaintiff is *sui juris* and is a resident of the Commonwealth of Pennsylvania.

5. The Decedent died January 27, 2013.

6. Defendant American Airlines is a for profit corporation doing business in the State of Florida. At all times relevant hereto, American Airlines maintained an account titled in the name of the Decedent with Plaintiff named as a death beneficiary.

7. Defendant TD Ameritrade is a for profit corporation doing business in the State of Florida. At all times relevant hereto, TD Ameritrade maintained an account titled in the name of the Decedent with Plaintiff named as a death beneficiary.

8. Defendant Vanguard is a for profit corporation doing business in the State of Florida. At all times relevant hereto, Vanguard maintained an account titled in the name of the Decedent with Plaintiff named as a death beneficiary.

9. Defendant Susan Jackson is *sui juris* and a resident of the State of Florida, County of Hillsborough.

10. Upon information and belief, Decedent committed suicide.

11. Upon information and belief, at or around the time of Decedent's death, the beneficiary designation on the account maintained at American Airliens was changed from 90% to Plaintiff and 10% to Defendant Jackson, to 10% to Plaintiff and 90% to Defendant Jackson.

THE LAW OFFICES OF
ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com

12. Upon information and belief, on January 16, 2013, the beneficiary designation on the account maintained by TD Ameritrade was changed form 60% to Plaintiff and 40% to Defendant Jackson to 100% to Defendant Jackson.

13. Upon information and belief, on January 10, 2013, the beneficiary designation on the account maintained by Vanguard was changed from 100% to Plaintiff to 100% to Defendant Jackson.

14. This Honorable Court has subject matter jurisdiction pursuant to Fla.Stat. §§26.012, 86.011, and 86.101.

15. Venue is proper in Hillsborough County, Florida because, among other things, Susan Jackson is a resident of Hillsborough County, Florida and also because each of the Defendants holding the accounts that are the subject of this action have subjected themselves to the jurisdiction of the Courts of this State pursuant to Fla.Stat. §48.193.

16. Upon information and belief, the Decedent died as a result of a suicide and any beneficiary designation changing the directions that were made at or around the time of his death are invalid.

17. Plaintiff has a judiciable question as to rights to the proceeds of the accounts identified above and held by Defendants and the validity of the purported changes to the beneficiary designations for each of the accounts maintained by each of the corporate defendants identified above.

18. There is a bone fide actual present need for a judicial declaration of the

THE LAW OFFICES OF
ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com

appropriate beneficiary designations and the validity of the changes to the beneficiary designations that were made at or around the time of the Decedent's death.

19. Plaintiff has retained the law offices of Adrian Philip Thomas, PA, and has agreed to pay a reasonable attorneys' fees for its services.

20. Plaintiff is entitled to her attorneys' fees and costs pursuant to Fla.Stat. §86.081 and all applicable statutory and Florida decisional law.

21. Plaintiff is entitled to a jury trial concerning the determination of issues of fact pursuant to Fla.Stat. §86.071.

WHEREFORE, Plaintiff demands a trial by jury and requests that this Court enter an Order as follows:

A. That this Court adjudge the validity of any changes made to any beneficiary designations made at or around the time of the Decedent's death concerning the accounts held by Vanguard, TD Ameritrade, and American Airlines;

B. That the Court order no distributions be paid out or interest transferred from any of these accounts until a final non-appealable judgment is entered or the parties enter into a binding Settlement Agreement;

C. That this Court order that all assets, holdings, interests, and property in the accounts held by Vanguard, TD Ameritrade, and American Airlines attributable to Decedent be frozen until a final non-appealable judgment is entered or the parties enter into a binding Settlement Agreement;

D. That this Court grant such other and further relief as is proper, including the

THE LAW OFFICES OF
ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com

payment of costs and attorneys' fees to Plaintiff's counsel.

                                        Respectfully submitted,

                                        ADRIAN PHILIP THOMAS, PA
                                        Counsel for Plaintiff
                                        SunTrust Center, Suite 1050
                                        515 E. Las Olas Blvd.
                                        Ft. Lauderdale, FL 33301
                                        (954) 764-7273 – Telephone
                                        (954) 764-7274 – Facsimile
Legal Service:                Legal-Service@athomaslaw.com

By:          _____
                    Daniel A. McGowan, Esquire
                    FBN: 94482

THE LAW OFFICES OF
ADRIAN PHILIP THOMAS P.A.

SunTrust Center - 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301
Phone: (954) 764-7273 | Fax: (954) 764-7274 | E-service: legal-service@athomaslaw.com